VITALE v. GANTS et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Antonino Vitale

against Albert C. Gants and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 123 N. Y. Supp. 45.